

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-19-00034-CV

**INTEREST OF D.M.H., JR.**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00016
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant T.W. has filed a motion for extension of time to file appellant's brief. Appellant T.W.'s motion is GRANTED. Appellant's brief is due on March 11, 2019.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court